IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MS. KATRINA E. GREGG,

    Plaintiff,

  v.

US BANK,

    Defendant.

No. C 18-04211 WHA

**ORDER TO SHOW CAUSE**

*Pro se* plaintiff Katrina Gregg initiated this action for fraud and other illegal banking activities against defendant U.S. Bank National Association in the Superior Court for Alameda County on March 19, 2018. On July 13, defendant removed the action (Dkt. No. 1).

On July 18, defendant moved to dismiss plaintiff's complaint in its entirety. The case was subsequently reassigned to the undersigned judge on August 1. The August 1 order vacated the hearing date for defendant's motion to dismiss but did not affect its briefing schedule. Accordingly, plaintiff had fourteen days from July 18 until August 1 to file a response. L.R. 7-3(a). To date, plaintiff has not filed a response to defendant's motion to dismiss. On August 10, defendant renoticed its motion to dismiss plaintiff's complaint and hearing on the motion has since been rescheduled for September 27 (Dkt. Nos. 8, 12, 14–15).

Plaintiff shall file a response to the motion by **AUGUST 27, 2018**. If she fails to do so, her complaint will be dismissed. Plaintiff shall appear in Courtroom 12 on the 19th floor of the federal courthouse located at 450 Golden Gate Avenue, San Francisco on **SEPTEMBER 27**

**AT 11:00 A.M.** and **SHOW CAUSE** why her complaint should not be dismissed. Defendant's reply to plaintiff's response, if any, is due by **SEPTEMBER 3**.

    **IT IS SO ORDERED.**

Dated: August 17, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE