IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATRINA E. GREGG,

      Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION,

      Defendant.

                                 /

No. C 18-04211 WHA

**ORDER TO SHOW CAUSE**

On July 18, 2018, defendant U.S. Bank National Association filed a motion to dismiss *pro se* plaintiff Katrina Gregg's complaint (Dkt. No. 14). Under Civil Local Rule 7-3(a), plaintiff had fourteen days from the date defendant filed its motion to file her opposition. Plaintiff failed to meet the August 1 deadline.

On August 10, defendant renoticed its motion to dismiss plaintiff's complaint (Dkt. No. 14). On August 16, defendant filed a notice of non-opposition and requested the court grant its motion to dismiss after plaintiff failed to respond to the August 1 deadline (Dkt. No. 16). The next day, this Court filed an order to show cause, giving plaintiff until August 27 to file a response to defendant's motion (Dkt. No. 17). The August 27 deadline has come and gone, and as of the date on this order, no opposition has been filed.

Plaintiff has been put on notice that failure to oppose defendant's motion would result in dismissal of her complaint (Dkt. No. 17). Because plaintiff has not yet filed a response,

plaintiff must now **SHOW CAUSE** in writing by **SEPTEMBER 20 BY NOON** why defendant's

motion should not be granted.  Should plaintiff fail to show cause by this date, her complaint

will be dismissed and the September 27 hearing will be vacated.

     **IT IS SO ORDERED.**

Dated:  September 5, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE