1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATRINA E. GREGG,

        Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION,

        Defendant.

                              /

No. C 18-04211 WHA

**ORDER TO VACATE
PREVIOUS ORDER**

      On July 18, 2018, defendant U.S. Bank National Association filed a motion to dismiss *pro se* plaintiff Katrina Gregg's complaint (Dkt. No. 8). Under Civil Local Rule 7-3(a), plaintiff had fourteen days from the date defendant filed its motion to file her opposition. Plaintiff failed to meet the August 1 deadline.

      On August 10, defendant renoticed its motion to dismiss plaintiff's complaint (Dkt. No. 14). On August 17, this Court filed an order to show cause, giving plaintiff until August 27 to file a response to defendant's motion (Dkt. No. 17). Plaintiff failed to file a response. On September 5, this Court filed a second order to show cause giving plaintiff until September 20 to a file a response to defendant's motion (Dkt. No. 19). Having still not heard from plaintiff, this Court granted defendants' motion and vacated the September 27 hearing (Dkt. No. 23).

      The Court has received plaintiff's letter requesting an order returning plaintiff's hearing to the calendar because the Court's previous orders to show cause were sent to an old address (Dkt. No. 26). Plaintiff also filed a response to defendants' motion to strike and provided her

new address (Dkt. No. 25). Accordingly, the order dismissing without prejudice is **VACATED** and the above-entitled matter is hereby reopened.

The hearing on defendant's motion to dismiss is reset for **OCTOBER 25, 2018** at **8:00 A.M.** Plaintiff has until **OCTOBER 12, 2018** at **NOON** to file an opposition to defendant's motion to strike. Defendant's reply is due **OCTOBER 19, 2018** at **NOON**.

**IT IS SO ORDERED.**

Dated: September 28, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE